| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Kevin G. McDonald, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>kmcdonald@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Federal National Mortgage Association ("Fannie Mae") c/o Bayview Loan Servicing, LLC as attorney-in-fact | |
| In Re:<br>Edwin Cruz Fernando<br><br>                         Debtor | Case No: 17-23464 KCF<br><br>Chapter: 13<br><br>Judge: Kathryn C. Ferguson |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal National Mortgage Association ("Fannie Mae") c/o Bayview Loan Servicing, LLC as attorney-in-fact. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/19/2018                                              **/s/  Kevin G. McDonald, Esquire**
                                                                          Kevin G. McDonald, Esquire
                                                                          Denise Carlon, Esquire
                                                                          Brian C. Nicholas, Esquire
                                                                          **KML Law Group, P.C.**
                                                                          216 Haddon Avenue, Ste. 406
                                                                          Westmont, NJ 08108
                                                                          (609) 250-0700 (NJ)
                                                                          (215) 627-1322 (PA)
                                                                          FAX: (609) 385-2214
                                                                          Attorney for Movant/Applicant