Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−23464−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Cruz Fernando
   80 North Grant Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−3041

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/14/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 14, 2018
JAN: bwj

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-23464-KCF
Edwin Cruz Fernando                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2          Date Rcvd: May 14, 2018
                            Form ID: 148             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db            +Edwin Cruz Fernando,    80 North Grant Avenue,    Colonia, NJ 07067-2225
cr            +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
516947542     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
516915789     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
516915791     +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,   3415 Vision Dr,    Columbus, OH 43219-6009
516915792     +Chase Manhattan Mortgage,    Po Box 24696,   Columbus, OH 43224-0696
516915800     +FIA Card Services,    205 Bryant Woods South,    Buffalo, NY 14228-3609
516915804      North StarLocation Services,    4285 Genesse Street,    Buffalo, NY 14225-1943
517452185      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
516915807     +United Collection Bureau,Inc.,    PO Box 140310,   Toledo, OH 43614-0310
516915808     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517477578     +EDI: GMACFS.COM May 15 2018 03:13:00      Ally,   PO BOX 130424,    Saint Paul, MN 55113-0004
516915785      EDI: GMACFS.COM May 15 2018 03:13:00      Ally,   PO BOX 380902,    Minneapolis, MN 55438-0902
517388980      EDI: GMACFS.COM May 15 2018 03:13:00      Ally Financial,   PO Box 130424,
                Roseville, MN 55113-0004
516915787     +EDI: AMEREXPR.COM May 15 2018 03:13:00      American Express,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
516915786     +EDI: BECKLEE.COM May 15 2018 03:13:00      American Express,    Po Box 3001,
                16 General Warren Blvd,    Malvern, PA 19355-1245
517409784      EDI: BECKLEE.COM May 15 2018 03:13:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
516915788      EDI: BANKAMER.COM May 15 2018 03:13:00      Bank Of America,    Po Box 982235,
                El Paso, TX 79998
516915795      EDI: CITICORP.COM May 15 2018 03:13:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                Po Box 20363,   Kansas City, MO 64195
517446317     +E-mail/Text: bankruptcy@cavps.com May 14 2018 23:31:49     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516915790     +EDI: CHASE.COM May 15 2018 03:13:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
516915794     +EDI: CHASE.COM May 15 2018 03:13:00      Chase Mht Bk,   Po Box 15298,
                Wilmington, DE 19850-5298
516915793     +EDI: CHASE.COM May 15 2018 03:13:00      Chase Mht Bk,   Attention: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
516915796     +EDI: CITICORP.COM May 15 2018 03:13:00      Citibank Sd, Na,    Po Box 6241,
                Sioux Falls, SD 57117-6241
517370047      EDI: DISCOVER.COM May 15 2018 03:13:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH   43054-3025
516915798     +EDI: DISCOVER.COM May 15 2018 03:13:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
516915799      EDI: TSYS2.COM May 15 2018 03:13:00      Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
517522494     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 14 2018 23:31:57
                Federal National Mortgage Association, et al,    c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Fl Ste 301,    Coral Gables, FL 33146-1837
516915802     +E-mail/Text: bnc@nordstrom.com May 14 2018 23:31:03     Nordstrom FSB,
                Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
516915803     +E-mail/Text: bnc@nordstrom.com May 14 2018 23:31:04     Nordstrom FSB,    Po Box 6555,
                Englewood, CO 80155-6555
516915806      EDI: PRA.COM May 15 2018 03:13:00      Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                Norfolk, VA 23502
516915805      EDI: PRA.COM May 15 2018 03:13:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541
517518157      EDI: PRA.COM May 15 2018 03:13:00      Portfolio Recovery Associates, LLC,
                c/o U.s. Bank National Association Nd,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516915801       GMAC
516915797       daughter-auto loan
517477589*     +Ally,   PO BOX 130424,   Saint Paul, MN 55113-0004
517518158*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                c/o U.S. Bank National Association Nd,    POB 41067,   Norfolk VA 23541)
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: May 14, 2018
                               Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
```
              Albert    Russo     docs@russotrustee.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE
               MAE) C/O BAYVIEW LOAN SERVICING, LLC AS ATTORNEY-IN-FACT kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Edwin Cruz Fernando pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Lauren    Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren    Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```