Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–23464–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Cruz Fernando
   80 North Grant Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx–xx–3041

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/26/18
Time:        10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 28, 2018
JAN: bwj

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-23464-KCF
Edwin Cruz Fernando                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 28, 2018
                             Form ID: 132          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
```
db            +Edwin Cruz Fernando,   80 North Grant Avenue,   Colonia, NJ 07067-2225
cr            +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516947542     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
516915786     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
516915787     +American Express,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
517409784      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
516915788    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
516915795    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
               Kansas City, MO 64195)
516915790     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516915789     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
516915791     +Chase Manhattan Mortgage,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
516915792     +Chase Manhattan Mortgage,   Po Box 24696,   Columbus, OH 43224-0696
516915794     +Chase Mht Bk,   Po Box 15298,   Wilmington, DE 19850-5298
516915793     +Chase Mht Bk,   Attention: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
516915796     +Citibank Sd, Na,   Po Box 6241,   Sioux Falls, SD 57117-6241
516915799     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
516915800     +FIA Card Services,   205 Bryant Woods South,   Buffalo, NY 14228-3609
516915804      North StarLocation Services,   4285 Genesse Street,   Buffalo, NY 14225-1943
517452185      US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
516915807     +United Collection Bureau,Inc.,   PO Box 140310,   Toledo, OH 43614-0310
516915808     +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 23:57:42     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 23:57:40     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517477578     +E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2018 23:56:57     Ally,   PO BOX 130424,
               Saint Paul, MN 55113-0004
516915785     +E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2018 23:56:57     Ally,   PO Box 380902,
               Minneapolis, MN 55438-0902
517388980      E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2018 23:56:57     Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
517446317     +E-mail/Text: bankruptcy@cavps.com Jun 28 2018 23:58:04     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517370047      E-mail/Text: mrdiscen@discover.com Jun 28 2018 23:56:57     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516915798     +E-mail/Text: mrdiscen@discover.com Jun 28 2018 23:56:57     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
517522494     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 28 2018 23:58:09
               Federal National Mortgage Association, et al,   c/o Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd., 5th Fl Ste 301,   Coral Gables, FL 33146-1837
516915802     +E-mail/Text: bnc@nordstrom.com Jun 28 2018 23:57:06     Nordstrom FSB,
               Attention: Account Services,   Po Box 6566,   Englewood, CO 80155-6566
516915803     +E-mail/Text: bnc@nordstrom.com Jun 28 2018 23:57:06     Nordstrom FSB,   Po Box 6555,
               Englewood, CO 80155-6555
516915806      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 00:18:41
               Portfolio Recovery,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
516915805      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 00:04:33
               Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
517518157      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 00:05:13
               Portfolio Recovery Associates, LLC,   c/o U.s. Bank National Association Nd,   POB 41067,
               Norfolk VA 23541
                                                                                      TOTAL: 14
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516915801      GMAC
516915797      daughter-auto loan
517477589*    +Ally,   PO BOX 130424,   Saint Paul, MN 55113-0004
517518158*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               c/o U.S. Bank National Association Nd,   POB 41067,   Norfolk VA 23541)
                                                                           TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Jun 28, 2018
                             Form ID: 132              Total Noticed: 35
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE
          MAE) C/O BAYVIEW LOAN SERVICING, LLC AS ATTORNEY-IN-FACT kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Edwin Cruz Fernando pacerecf@ennislegal.com,
          r53278@notify.bestcase.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8
```