UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edwin Cruz Fernando

Case No.: 17-23464-KCF

Chapter: 13

Judge: Kathryn C. Ferguson

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated _____5/14/18_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled for _____September 26, 2018_____ at _10:00 am_.

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin Cruz Fernando  
    Debtor

Case No. 17-23464-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 28, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db        +Edwin Cruz Fernando,   80 North Grant Avenue,   Colonia, NJ 07067-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Kevin Gordon McDonald   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) C/O BAYVIEW LOAN SERVICING, LLC AS ATTORNEY-IN-FACT kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kirsten B. Ennis   on behalf of Debtor Edwin Cruz Fernando pacerecf@ennislegal.com, r53278@notify.bestcase.com  
        Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov  
        Lauren Bielskie   on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                      TOTAL: 8