**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
92 East Main Street, Suite 407
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Edwin Fernando, Debtor

In re:

    Edwin Fernando, Debtor

Case No.: 17-23464

Chapter 13

Judge: Hon. Kathryn C. Ferguson

# CERTIFICATE OF SERVICE

I, Pina Zabala, am the secretary/paralegal for Kirsten B. Ennis, who represents the debtor in the above captioned matter.

On July 2, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Order Reinstating Case

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                            KIRSTEN B. ENNIS, LLC

Date: July 2, 2018                    /S/ Pina Zabala
                                            Secretary/Paralegal for Kirsten B. Ennis, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Ally**<br>**Attn: Managing Agent, Officer or President**<br>**PO BOX 130424**<br>**Saint Paul, MN 55113** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | **Creditor** | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Chase Manhattan Mortgage**<br>**Attn: Managing Agent, Officer or President**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF) |

| Name/Address | Role | Method |
|---|---|---|
| | | ☐ Other _____ (as authorized by the court*) |
| **Chase Mht Bk**<br>**Attention: Bankruptcy**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ (as authorized by the court*) |
| **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy Po Box 20363**<br>**Kansas City, MO 64195** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ (as authorized by the court*) |
| **Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ (as authorized by the court*) |
| **Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ (as authorized by the court*) |
| **FIA Card Services**<br>**205 Bryant Woods South Buffalo, NY 14228** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ (as authorized by the court*) |
| **Americredit Financial Services dba GMAC**<br>**Attn: Managing Agent, Officer or President**<br>**PO BOX 183853**<br>**Arlington, TX 76096** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____ |

| | | |
|---|---|---|
| | | (as authorized by the court*) |
| **Nordstrom FSB**<br>**Attention: Account Services Po Box 6566**<br>**Englewood, CO 80155** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **Us Dept Of Ed/glelsi**<br>**Po Box 7860**<br>**Madison, WI 53707** | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| **KML Law Group, P.C.**<br>**216 Haddon Avenue, Suite 406**<br>**Westmont, NJ 08108** | **Attorney for Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| | **Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.