| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 17-23464 / KCF**

Edwin Cruz Fernando

Petition Filed Date: 06/30/2017
341 Hearing Date: 04/05/2018
Confirmation Date:

Case Status: Converted to 13 - Unconfirmed on 1/ 1/1900

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/28/2018 | $150.00 | 47833220 | 04/19/2018 | $150.00 | 48438380 | 05/23/2018 | $150.00 | 49336500 |
| 07/16/2018 | $150.00 | 50723670 | 08/01/2018 | $150.00 | 51139460 | 08/28/2018 | $150.00 | 51840510 |
| 09/20/2018 | $150.00 | 52446290 | 10/29/2018 | $150.00 | 53393770 | 11/28/2018 | $150.00 | 54207930 |
| 12/20/2018 | $150.00 | 54806450 | | | | | | |

**Total Receipts for the Period: $1,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edwin Cruz Fernando | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |
| | »» 12/4/18 AMD DISCLOSURE | No Disbursements: No Check | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,139.57 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2011 MITSUBISHI LANCER | | | | |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC. | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2013 NISSAN JUKE | | | | |
| 4 | American Express Centurion Bank | Unsecured Creditors | $8,786.43 | $0.00 | $0.00 |
| 5 | CAVALRY SPV I, LLC | Unsecured Creditors | $11,750.01 | $0.00 | $0.00 |
| | »» CITIBANK | | | | |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $31,778.02 | $0.00 | $0.00 |
| 7 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $104,095.67 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $15,318.36 | $0.00 | $0.00 |
| | »» US BANK | | | | |
| 9 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | Mortgage Arrears | $2,678.30 | $0.00 | $0.00 |
| | »» P/80 N. GRANT AVENUE./1ST MTG | | | | |

**Chapter 13 Case No. 17-23464 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $99.75 | Arrearages: | $150.00 |
| Funds on Hand: | $1,400.25 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**