| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 17-23464 / MBK**

Edwin Cruz Fernando

Petition Filed Date: 06/30/2017

341 Hearing Date: 04/05/2018

Confirmation Date: 02/27/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $150.00 | 55685770 | 02/19/2019 | $150.00 | 56307000 | 03/26/2019 | $685.00 | 57291200 |
| 04/26/2019 | $685.00 | 58095030 | 05/24/2019 | $685.00 | 58833700 | 06/26/2019 | $685.00 | 59648940 |
| 07/23/2019 | $685.00 | 60343980 | 08/28/2019 | $685.00 | 61264830 | 09/25/2019 | $685.00 | 61989500 |
| 10/25/2019 | $685.00 | 62762010 | 11/25/2019 | $685.00 | 63490520 | 12/27/2019 | $685.00 | 64275820 |

**Total Receipts for the Period: $7,150.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $9,335.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edwin Cruz Fernando | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»» AMD DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,139.57 | $527.46 | $12,612.11 |
| 2 | ALLY FINANCIAL<br>»» 2011 MITSUBISHI LANCER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2013 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank | Unsecured Creditors | $8,786.43 | $352.70 | $8,433.73 |
| 5 | CAVALRY SPV I, LLC<br>»» CITIBANK/DC-002824-17 | Unsecured Creditors | $11,750.01 | $471.66 | $11,278.35 |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES DEPARTMENT OF EDUCATION<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» US BANK | Unsecured Creditors | $15,318.36 | $614.86 | $14,703.50 |
| 9 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>»» P/80 N GRANT AVE/1ST MTG | Mortgage Arrears | $2,678.30 | $2,678.30 | $0.00 |

**Chapter 13 Case No. 17-23464 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,335.00 | Plan Balance: | $25,345.00 ** |
| Paid to Claims: | $8,144.98 | Current Monthly Payment: | $685.00 |
| Paid to Trustee: | $554.34 | Arrearages: | $685.00 |
| Funds on Hand: | $635.68 | Total Plan Base: | $34,680.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**