# UNITED STATES BANKRUPTCY COURT

District Of NEW JERSEY

In re Edwin Cruz Fernando, Case No. 17-23464-MBK

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

| | |
|---|---|
| Community Loan Servicing, LLC | Bayview Loan Servicing, LLC |
| Name of Transferee Servicer | Name of Transferor Servicer |

Name and Address where notices to Transferee Servicer should be sent:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

Court Claim # (if known): 9-1
Amount of Claim: $439,526.29
Date Claim Filed: 5/9/2018

Phone:   800-771-0299
Last Four Digits of Acct #:   8936

Phone:   800-771-0299
Last Four Digits of Acct. #:   8936

Name and Address where Transferee Servicer payments should be sent (if different from above):

Community Loan Servicing, LLC
Attn: Cashiering Dept.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

Phone:   800-771-0299
Last Four Digits of Acct #:   8936

By:   /s/ Josephine E. Salmon        Date:   10/15/2020
Transferee Servicer/Transferee Servicer's Agent

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "BAYVIEW LOAN SERVICING, LLC", CHANGING ITS NAME FROM "BAYVIEW LOAN SERVICING, LLC" TO "COMMUNITY LOAN SERVICING, LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2020, AT 8:54 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2020.*



Jeffrey W. Bullock, Secretary of State

Authentication:
Date: 09-17-20



You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: Bayview Loan Servicing, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> Bayview Loan Servicing, LLC is changing its name to Community Loan Servicing, LLC effective September 28, 2020

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 29th day of July, A.D. 2020.

By: *Brian E. Bomstein* (DocuSigned by: 77E51620648D4B9...)
Authorized Person(s)

Name: Brian E. Bomstein
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:54 AM 09/16/2020
FILED 08:54 AM 09/16/2020