| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-23464 / MBK**

Edwin Cruz Fernando

Petition Filed Date: 06/30/2017
341 Hearing Date: 04/05/2018
Confirmation Date: 02/27/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $685.00 | 65025320 | 02/24/2020 | $685.00 | 65757630 | 03/27/2020 | $685.00 | 66636490 |
| 04/28/2020 | $685.00 | 67444280 | 05/27/2020 | $685.00 | 68162440 | 06/30/2020 | $685.00 | 68927520 |
| 07/28/2020 | $685.00 | 69699330 | 08/27/2020 | $685.00 | 70384450 | 09/28/2020 | $685.00 | 71122840 |
| 10/27/2020 | $685.00 | 71854660 | 11/24/2020 | $685.00 | 72554950 | 12/22/2020 | $685.00 | 73239800 |
| 01/26/2021 | $685.00 | 74045000 | 02/23/2021 | $685.00 | 74713850 | | | |

**Total Receipts for the Period: $9,590.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Edwin Cruz Fernando | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»»  AMD DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,139.57 | $2,543.27 | $10,596.30 |
| 2 | ALLY FINANCIAL<br>»»  2011 MITSUBISHI LANCER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2013 NISSAN JUKE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank | Unsecured Creditors | $8,786.43 | $1,700.68 | $7,085.75 |
| 5 | CAVALRY SPV I, LLC<br>»»  CITIBANK/DC-002824-17 | Unsecured Creditors | $11,750.01 | $2,274.31 | $9,475.70 |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION<br>»»  O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES DEPARTMENT OF EDUCATION<br>»»  O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  US BANK | Unsecured Creditors | $15,318.36 | $2,964.95 | $12,353.41 |
| 9 | COMMUNITY LOAN SERVICING LLC<br>»»  P/80 N GRANT AVE/1ST MTG/BAYVIEW | Mortgage Arrears | $2,678.30 | $2,678.30 | $0.00 |

**Chapter 13 Case No. 17-23464 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,240.00 | Plan Balance: | $16,440.00 ** |
| Paid to Claims: | $15,661.51 | Current Monthly Payment: | $685.00 |
| Paid to Trustee: | $1,292.05 | Arrearages: | $0.00 |
| Funds on Hand: | $1,286.44 | Total Plan Base: | $34,680.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**