DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage LLC

In Re:

EDWIN CRUZ FERNANDO

Debtor(s).

Case No.: 17-23464-mbk

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kristen M. Cichocki:

   ☐ represent the Nationstar Mortgage LLC in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents Nationstar Mortgage LLC, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On October 7, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 7, 2022

Kristen M. Cichocki

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edwin Cruz Fernando<br>80 North Grant Avenue<br>Colonia, NJ 07067 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Kirsten B. Ennis, Esq.<br>PO Box 5536<br>Clinton, NJ 08809 | Debtor Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Albert Russo, Esq.<br>CN 4853<br>Robbinsville, NJ 08691 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |