| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edwin Cruz Fernando**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3041<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–23464–MBK | | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edwin Cruz Fernando

<u>4/18/23</u>                                                                         **By the court:** <u>Michael B. Kaplan</u>
                                                                                                     United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Edwin Cruz Fernando  
    Debtor

Case No. 17-23464-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 18, 2023      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Cruz Fernando, 80 North Grant Avenue, Colonia, NJ 07067-2225 |
| cr | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516915800 | + | FIA Card Services, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519704227 | + | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516915785 | | EDI: GMACFS.COM | Apr 19 2023 00:30:00 | Ally, PO BOX 380902, Minneapolis, MN 55438-0902 |
| 517477578 | + | EDI: GMACFS.COM | Apr 19 2023 00:30:00 | Ally, PO BOX 130424, Saint Paul, MN 55113-0004 |
| 517388980 | | EDI: GMACFS.COM | Apr 19 2023 00:30:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 516947542 | + | EDI: PHINAMERI.COM | Apr 19 2023 00:30:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516915786 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:27 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 516915787 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:23 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517409784 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:23 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516915788 | | EDI: BANKAMER.COM | Apr 19 2023 00:30:00 | Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 516915795 | | EDI: CITICORP.COM | Apr 19 2023 00:30:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 517446317 | + | Email/Text: bankruptcy@cavps.com | Apr 18 2023 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516915796 | + | EDI: CITICORP.COM | Apr 19 2023 00:30:00 | Citibank Sd, Na, Po Box 6241, Sioux Falls, SD 57117-6241 |

Case 17-23464-MBK    Doc 96    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 40 |

| | | | |
| --- | --- | --- | --- |
| 516915799 | + EDI: CITICORP.COM | Apr 19 2023 00:30:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517370047 | EDI: DISCOVER.COM | Apr 19 2023 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516915798 | + EDI: DISCOVER.COM | Apr 19 2023 00:30:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518992245 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2023 20:39:00 | Federal National Mortgage Association, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Federal National Mortgage Association, c/o Community Loan Servicing, LLC 33146-1837 |
| 518992244 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2023 20:39:00 | Federal National Mortgage Association, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 517522494 | + EDI: LCIBAYLN | Apr 19 2023 00:30:00 | Federal National Mortgage Association, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Fl Ste 301, Coral Gables, FL 33146-1837 |
| 516915790 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 516915789 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase, Po Box 24696, Columbus, OH 43224 |
| 516915791 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase Manhattan Mortgage, Attn: Bankruptcy Dept, 3415 Vision Dr, Columbus, OH 43219 |
| 516915792 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase Manhattan Mortgage, Po Box 24696, Columbus, OH 43224 |
| 516915793 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase Mht Bk, Attention: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 516915794 | EDI: JPMORGANCHASE | Apr 19 2023 00:30:00 | Chase Mht Bk, Po Box 15298, Wilmington, DE 19850 |
| 519741836 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2023 20:39:00 | Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741 |
| 519741837 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2023 20:39:00 | Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741 |
| 516915802 | + Email/Text: bnc@nordstrom.com | Apr 18 2023 20:39:50 | Nordstrom FSB, Attention: Account Services, Po Box 6566, Englewood, CO 80155-6566 |
| 516915803 | + Email/Text: bnc@nordstrom.com | Apr 18 2023 20:39:50 | Nordstrom FSB, Po Box 6555, Englewood, CO 80155-6555 |
| 516915804 | ^ MEBN | Apr 18 2023 20:37:34 | North StarLocation Services, 4285 Genesse Street, Buffalo, NY 14225-1943 |
| 516915806 | EDI: PRA.COM | Apr 19 2023 00:30:00 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 516915805 | EDI: PRA.COM | Apr 19 2023 00:30:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517518157 | EDI: PRA.COM | Apr 19 2023 00:30:00 | Portfolio Recovery Associates, LLC, c/o U.s. Bank National Association Nd, POB 41067, Norfolk VA 23541 |
| 517452185 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 18 2023 20:39:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 516915807 | + Email/Text: BAN140310@UCBINC.COM | Apr 18 2023 20:39:00 | United Collection Bureau,Inc., PO Box 140310, Toledo, OH 43614-0310 |
| 516915808 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 18 2023 20:39:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 40 |
| TOTAL: 36 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516915801 | | GMAC |
| 516915797 | | daughter-auto loan |
| 517477589 | *+ | Ally, PO BOX 130424, Saint Paul, MN 55113-0004 |
| 517518158 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o U.S. Bank National Association Nd, POB 41067, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) c/o Community Loan Servicing LLC as attorney-in-fact dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) C/O BAYVIEW LOAN SERVICING LLC AS ATTORNEY-IN-FACT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) C/O BAYVIEW LOAN SERVICING LLC AS ATTORNEY-IN-FACT kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Edwin Cruz Fernando pacerecf@ennislegal.com r53278@notify.bestcase.com,kennis@jubileebk.net |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Maria Cozzini | on behalf of Creditor Nationstar Mortgage LLC mcozzini@sternlav.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 18, 2023 | Form ID: 3180W | Total Noticed: 40 |

        USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13